# United States District Court

_____ DISTRICT OF _____

DOUGLAS C. GREER,
    Plaintiff,

V.

CITY OF SPRINGFIELD, JEFFREY M.
ASHER, JAMES F. KERVICK, JAMES L.
SHEWCHUCK, JAMES M. MORIARTY,
JOHN DOES Nos. 1-4, JOHN DOE
No. 5, and PAULA MEARA, CHIEF OF
POLICE,
    Defendants,

SUMMONS IN A CIVIL CASE

CASE NUMBER: **05-30001-MAP**

TO: (Name and address of defendant)

City of Springfield
  City Clerk's Office, 1st Floor
36 Court Street
Springfield, MA 01103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Walter B. Prince, Esq.
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109-1024

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 1/18/05

_(signature)_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 1/20/05 |
| NAME OF SERVER (PRINT) Joseph L. Edwards, JR. | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL N/A |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/20/05
                Date

Signature of Server: Joseph L. Edwards Jr.

Address of Server:
585 Commercial St
Boston, MA 02109

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Prince, Lobel, Glovsky & Tye
585 Commercial Street
Boston, MA 02109
Attn:  Joseph L. Edwards, Jr.

/01073.000   

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *K. Kusek*    ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery  1/21/05 |
| 1. Article Addressed to:<br><br>City of Springfield<br>City Clerk's Office, 1st Floor<br>36 Court Street<br>Springfield, MA 01103 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)    ☐ Yes |
| 2. Article Number<br>   (*Transfer from service label*)    7003 1680 0000 8668 2759 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540