AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

DOUGLAS C. GREER,
    Plaintiff,
        V.

CITY OF SPRINGFIELD, JEFFREY M. ASHER, JAMES F. KERVICK, JAMES L. SHEWCHUCK, JAMES M. MORIARTY, JOHN DOES Nos. 1-4, JOHN DOE No. 5, and PAULA MEARA, CHIEF OF POLICE, Defendants,

TO: (Name and address of defendant)

    Jeffrey M. Asher

## SUMMONS IN A CIVIL CASE

CASE NUMBER:   05-30001-MAP

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Walter B. Prince, Esq.
    Prince, Lobel, Glovsky & Tye
    585 Commercial Street
    Boston, MA 02109-1024

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
_____
CLERK

_/s/_
(BY) DEPUTY CLERK

1/26/05
_____
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

January 27, 2005

I hereby certify and return that on 1/26/2005 at 02:15 pm I served a true and attested copy of the FEDERAL SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to JEFFREY M. ASHER SPRINGFIELD POLICE DEPT. at 130 PEARL Street, SPRINGFIELD, MA 01103 <>.Conveyance ($1.20), Travel ($2.56), Basic Service Fee ($30.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $39.76

Deputy Sheriff MICHAEL POWERS

_____
**Deputy Sheriff**

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
           Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.