# United States District Court
# District of Massachusetts

DOUGLAS C. GREER,

PLAINTIFF,

v.

CIVIL ACTION NO. 05-30001-MAP

CITY OF SPRINGFIELD, JEFFREY M. ASHER, JAMES F KERVICK, JAMES L. SHEWCHUCK, JAMES M. MORIARTY, JOHN DOES Nos. 1-4, JOHN DOE, No. 5, and PAULA MEARA, CHIEF OF POLICE,

DEFENDANTS.

## APPEARANCE ON BEHALF OF DEFENDANTS CITY OF SPRINGFIELD, and PAULA MEARA, CHIEF OF POLICE

To The Clerk Of This court and all parties of record:

Please enter my appearance as counsel in this case for the Defendants, CITY OF SPRINGFIELD and PAULA MEARA.

Respectfully submitted,

Defendants City of Springfield and Paula Meara
By Their Attorney

_____
Edward M. Pikula
Associate City Solicitor
BBO #399770
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:    (413) 787-6085
Telefax:      (413) 787-6173

46027

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Document was this day served upon Plaintiff by mailing same, first class postage prepaid, to:

Walter B. Prince, BBO #406640
William A. Worth, BBO #544086
Joseph L. Edwards, BBO #564288
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
(617) 456-8000

SIGNED under the pains and penalties of perjury.
Dated: February 7, 2005

Edward M. Pikula, Esquire
*Attorney for Defendants*

46027