UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 05-30001

FILED
IN CLERK'S OFFICE

2005 MAR 28 A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

DOUGLAS G. GREER
Plaintiff

v.

CITY OF SPRINGFIELD, ET ALS

APPEARANCE OF COUNSEL FOR THE DEFENDANTS JEFFREY M. ASHER, JAMES F. KERVICK, JAMES L. SHEWCHUCK, AND JAMES M. MORIARTY

Enter my appearance for the Defendants Jeffrey M. Asher, James F. Kervick, James L. Shewchuck and James M. Moriarty.

FOR THE DEFENDANTS JEFFREY M. ASHER, JAMES F. KERVICK, JAMES L. SHEWCHUCK, AND JAMES M. MORIARTY

_____
Kevin B. Coyle
935 Main Street
Springfield, MA 01103
TEL (413) 787 1524
FAX (413) 787 1703
BBO 103540

I certify that a true copy of this document was served by first class mail on counsel for the Plaintiff and the City of Springfield.

March 22, 2004

_____
Kevin B. Coyle