UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Civil Action No. 05-30001-MAP

FILED
IN CLERK'S OFFICE

2005 MAR 28 A 11: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

DOUGLAS G. GREER
Plaintiff

v.

CITY OF SPRINGFIELD, ET ALS
Defendants

### ANSWER OF THE DEFENDANTS JEFFREY M. ASHER, JAMES F. KERVICK, JAMES L. SHEWCHUCK, AND JAMES M. MORIARTY TO THE PLAINTIFF'S COMPLAINT

1. The Defendants answering herein admit the allegations in the Plaintiffs' Complaint numbered 5., 6. and 27.

2. The Defendants answering herein deny the allegations in the Plaintiffs' Complaint numbered 1., 2., 3., 12., 13., 14., 15., 16., 17., 18., 19., 20., 21., 22., 23., 24., 25., 26., 28., 29., 30., 31., 32., 33., 34., 35., 36., 37., 38., 39., 40., 41., 42., 43., 44., 46., 47., 48., 49., 51., 52., 53., 55., 56., 57., 59., 60. and 61.

3. The Defendants answering herein lack knowledge sufficient to admit or deny allegations in the Plaintiffs' Complaint numbered 4., 7., 8., 9., 10. and 11.

4. The Defendants answering herein refer to their previous responses in response to allegations in the Plaintiffs' Complaint numbered 45., 50., 54. and 58.

## AFFIRMATIVE DEFENSES.

### First Affirmative Defense

The Plaintiffs have failed to state a claim upon which relief can be granted.

### Second Affirmative Defense

This Honorable Court lacks jurisdiction over the subject matter of this claim.

### Third Affirmative Defense

The Plaintiff has failed to file this claim within the time provided by statute for filing such actions.

FOR THE DEFENDANTS JEFFREY M. ASHER, JAMES F. KERVICK, JAMES L. SHEWCHUCK, AND JAMES M. MORIARTY

Kevin B. Coyle
935 Main Street
Springfield, MA 01103
TEL (413) 787 1524
FAX (413) 787 1703
BBO 103540

I certify that a true copy of this document was served by first class mail on counsel for the Plaintiffs and the City of Springfield.

March 23, 2004

Kevin B. Coyle

2