# United States District Court
# District of Massachusetts

DOUGLAS C. GREER,
      PLAINTIFF,

v.

CITY OF SPRINGFIELD, JEFFREY M. ASHER, JAMES F KERVICK, JAMES L. SHEWCHUCK, JAMES M. MORIARTY, JOHN DOES Nos. 1-4, JOHN DOE, No. 5, and PAULA MEARA, CHIEF OF POLICE,
      DEFENDANTS.

CIVIL ACTION NO. 05-30001-MAP

## CERTIFICATION PURSUANT TO L.R. 16.1

PLEASE TAKE NOTICE THAT the undersigned parties to this action and their counsel, hereby certify pursuant to Local Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts that:

(a) they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and

(b) they have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Counsel for Douglas C. Greer

*Joseph L. Edwards Jr.*

Walter B. Prince, BBO #406640
William A. Worth, BBO #544086
Joseph L. Edwards, BBO #564288
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
Telephone:    (617) 456-8000
Telefax:        (617) 456-8100

_____
Douglas C. Greer

Respectfully submitted,

**Counsel for Defendants City of Springfield and Paula Meara**

_____
Edward M. Pikula
Associate City Solicitor
BBO #399770
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:    (413) 787-6085
Telefax:        (413) 787-6173

_____
City of Springfield

_____
Paula Meara

**Counsel for Defendants Jeffrey M. Asher, James F Kervick, James L. Shewchuck, and James M. Moriarty**

_____
Kevin B. Coyle, Esq.
935 Main Street
Springfield, MA 01103
413-787-1524
BBO #

_____
Jeffrey M. Asher

_____
James F Kervick

2

_____
James L. Shewchuck

_____
James M. Moriarty

3