# United States District Court
## District of Massachusetts

| | |
|---|---|
| **DOUGLAS G. GREER,** PLAINTIFF, | |
| v. | CIVIL ACTION NO. 05-30001-MAP |
| **CITY OF SPRINGFIELD, JEFFREY M. ASHER, JAMES F KERVICK, JAMES L. SHEWCHUCK, JAMES M. MORIARTY, JOHN DOES Nos. 1-4, JOHN DOE, No. 5, and PAULA MEARA, CHIEF OF POLICE,** DEFENDANTS. | |

## JOINT STATEMENT PURSUANT TO L.R. 16.1

Now come Plaintiff Douglas C. Greer and Defendants City of Springfield, Paula Meara, Jeffrey M. Asher, James F Kervick, James L. Shewchuck, and James M. Moriarty and state that they have conferred as required by court order and L.R. 16.1 and agree:

1) the plaintiff will make a written demand for settlement within 30 days and the defendants will respond by forty five days; and

2) they have conferred with their respective counsel as required by Local Rule 16.1 with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4. Plaintiff's certification as required by L.R. 16.1 (D)(3) is submitted herewith. Defendants will submit their certifications under separate cover.

In addition, the parties agree to an order for discovery and a proposed schedule for the filing of motions and pretrial scheduling as follows:

1. All automatic discovery will be exchanged by May 27, 2005;

2. All written discovery requests will be served July, 27, 2005;

46914

3. Motions to amend pleadings to add parties, complying with Local Rule 15.1(B), (which requires a party seeking an amendment that would add a new party to serve the motion to amend on the proposed new party at least ten days prior to filing), before October 27, 2005;

4. All non-expert depositions before August 27, 2006;

5. Counsel will appear again before this court for a status conference thereafter.

Douglas G. Greer
By His Attorneys

*Joseph L. Edwards*

Walter B. Prince, BBO #406640
William A. Worth, BBO #544086
Joseph L. Edwards, BBO #564288
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
Telephone:   (617) 456-8000
Telefax:     (617) 456-8100

Respectfully submitted,

Defendants City of Springfield and Paula Meara
By Their Attorney

*Ed Pikula*

Edward M. Pikula
Associate City Solicitor
BBO #399770
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:   (413) 787-6085
Telefax:     (413) 787-6173

Defendants Jeffrey M. Asher, James F Kervick, James L. Shewchuck, and James M. Moriarty

By Their Attorney

*Kevin B. Coyle (/s/)*

Kevin B. Coyle, Esq.
935 Main Street
Springfield, MA 01103
413-787-1524
BBO #

46914