UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS G. GREER,                      )
        Plaintiff     )
                                       )
v.                                     )    Civil Action No. 05-30001-MAP
                                       )
CITY OF SPRINGFIELD, JEFFREY M.        )
ASHER, JAMES F. KERVICK, JAMES         )
L. SHEWCHUCK, JAMES M.                 )
MORIARTY, JOE DOES Nos. 1-4,           )
JOHN DOE, No. 5, and PAULA             )
MEARA, CHIEF OF POLICE,                )
        Defendants    )

SCHEDULING ORDER
April 27, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference this day:

1. The parties shall complete their automatic disclosures by May 27, 2005.

2. All written discovery requests shall be served by July 27, 2005.

3. The first set of non-expert depositions shall be completed by January 31, 2006.

4. Counsel shall appear for a case management conference on February 6, 2006, at 11:00 a.m. in Courtroom Three.

IT IS SO ORDERED.

    /s/ Kenneth P. Neiman
    KENNETH P. NEIMAN
    U.S. Magistrate Judge