United States District Court
District of Massachusetts

| | |
|---|---|
| **DOUGLAS G. GREER,**<br>PLAINTIFF,<br><br>v.<br><br>**CITY OF SPRINGFIELD, JEFFREY M. ASHER, JAMES F KERVICK, JAMES L. SHEWCHUCK, JAMES M. MORIARTY, JOHN DOES Nos. 1-4, JOHN DOE, No. 5, and PAULA MEARA, CHIEF OF POLICE,**<br>DEFENDANTS. | CIVIL ACTION NO. 05-30001-MAP |

## JOINT MOTION OF THE PARTIES TO REVISE THE SCHEDULING ORDER

Plaintiff Douglas G. Greer and Defendants City of Springfield, Paula Meara, Jeffrey M. Asher, James F Kervick, James L. Shewchuck, and James M. Moriarty hereby move the Court to extend the time limits in its scheduling order. As reason for this request, the parties state that all non-expert depositions are currently scheduled to be completed before January 31, 2006 and a case management conference is scheduled for February 6, 2006. The parties have not yet completed all written discovery. The parties have commenced depositions, but will not be completed before the deadline. Further, since written discovery is incomplete, is has been impossible to determine whether a motion to amend to add parties or claims is warranted.

The parties request an extension of the time until June 1, 2006 to complete non-expert depositions, with the case management conference to be scheduled thereafter.

WHEREFORE, the parties respectfully request the Court to grant their motion to revise its scheduling order.

Douglas G. Greer
By His Attorneys

*Joseph L. Edwards Jr.* (signature)

Walter B. Prince, BBO #406640
William A. Worth, BBO #544086
Joseph L. Edwards, BBO #564288
Prince, Lobel, Glovsky & Tye LLP
585 Commercial Street
Boston, MA 02109
Telephone:    (617) 456-8000
Telefax:       (617) 456-8100

Respectfully submitted,

Defendants City of Springfield and
Paula Meara
By Their Attorney

*Edward M. Pikula (JLE)* (signature)

Edward M. Pikula
Associate City Solicitor
BBO #399770
CITY OF SPRINGFIELD LAW DEPATMENT
36 Court Street
Springfield, Massachusetts 01103
Telephone:    (413) 787-6085
Telefax:       (413) 787-6173


Defendants Jeffrey M. Asher, James F
Kervick, James L. Shewchuck, and
James M. Moriarty

By Their Attorney

*Kevin B. Coyle (JLE)* (signature)

Kevin B. Coyle, Esq.
935 Main Street
Springfield, MA 01103
413-787-1524
BBO #

Dated: 1/31/06