2/6/06

# UNITED STATES DISTRICT COURT

WESTERN SECTION   DISTRICT OF   MASSACHUSETTS

MATTHEW J. NATLE                    **APPEARANCE**

v.                                  Case Number: 05 CV 30001-MAP

Dennis O'Comer, et al

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  City of Springfield


2-6-06
---
Date

_____
Signature

Michael E Mulcahy
Print Name

City of Springfield
Address
36 Court ST
SPFID            MA        01103
City             State     Zip Code

413 787-6085
Phone Number