UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS G. GREER,<br>   Plaintiff<br><br>v.<br><br>CITY OF SPRINGFIELD, JEFFREY M.<br>ASHER, JAMES F. KERVICK, JAMES<br>L. SHEWCHUCK, JAMES M.<br>MORIARTY, JOE DOES Nos. 1-4,<br>JOHN DOE, No. 5, and PAULA<br>MEARA, CHIEF OF POLICE,<br>   Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 05-30001-MAP<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

REVISED SCHEDULING ORDER
February 6, 2006

NEIMAN, U.S.M.J.

  The following schedule was established at the case management conference this day:

  1. All responses to outstanding written discovery shall be provided by February 18, 2006.

  2. Non-expert depositions shall be completed by June 1, 2006.

  3. Counsel shall appear for a case management conference on June 14, 2006, at 11:00 a.m. in Courtroom Three.

  IT IS SO ORDERED.

                   /s/ Kenneth P. Neiman
                   KENNETH P. NEIMAN
                   U.S. Magistrate Judge