UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
DOUGLAS C. GREER,                    )
    Plaintiff,                           )
                                         )
v.                                   )    Docket No. 05-30001-MAP
                                         )
CITY OF SPRINGFIELD, JEFFREY M.      )
ASHER, JAMES F. KERVICK, JAMES L.    )
SHEWCHUCK, JAMES M. MORIARTY,        )
JOHN DOES Nos. 1-4, JOHN DOE         )
No. 5, and PAULA MEARA, CHIEF OF     )
POLICE,                              )
    Defendants.                          )
_____)

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that as of April 15, 2006, the address of Prince, Lobel, Glovsky & Tye LLP, counsel for Plaintiff Douglas C. Greer is:

    100 Cambridge Street
    Suite 2200
    Boston, MA  02114

    DOUGLAS C. GREER

    By his attorneys,

    /s/ Joseph L. Edwards, Jr.
    Walter B. Prince, BBO #406640
    William A. Worth, BBO #544086
    Joseph L. Edwards, BBO #564288
    Prince, Lobel, Glovsky & Tye LLP
    585 Commercial Street
    Boston, MA 02109
    (617) 456-8000

April 21, 2006