UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS C. GREER, )
    Plaintiff, )
)
v. ) Docket No. 05-30001-MAP
)
CITY OF SPRINGFIELD, JEFFREY M. )
ASHER, JAMES F. KERVICK, JAMES L. )
SHEWCHUCK, JAMES M. MORIARTY, )
JOHN DOES Nos. 1-4, JOHN DOE )
No. 5, and PAULA MEARA, CHIEF OF )
POLICE, )
    Defendants. )
)

## SCHEDULE OF FEES RELATED TO PLAINTIFF DOUGLAS GREER'S MOTION TO COMPEL

Pursuant to the May 12, 2006 Order of this Court, Plaintiff Douglas Greer submits this fee schedule in support of the request in his Motion to Compel for attorneys' fees and costs associated with the motion. Based on my contemporaneous records, the total attorneys' fees in pursuit of the motion are $1300. At all times relevant to the motion, including attempts to obtain the requested responses to written discovery without filing a motion, my standard hourly rate was $255.00 per hour. The breakdown of the amount requested as reasonable attorneys' fees is as follows:

| # | Date | Description | Hours | Rate | Total |
|---|------|-------------|-------|------|-------|
| 1. | 3/28/06 | draft letter to all counsel | .4 X | $255.00 = | $102.00 |
| 2. | 4/6/06 | exchange emails with E. Pikula | .2 X | $255.00 = | $ 51.00 |
| 3. | 4/23/06 | Draft Motion to Compel and associated documents | 2.0 X | $255.00 = | $510.00 |
| 4. | 4/24/06 | Revise, finalize and file Motion to Compel | 2.5 X | $255.00 = | $ 637.00 |

DOUGLAS C. GREER

By his attorneys,

*Joseph L. Edwards Jr.*
Walter B. Prince, BBO #406640
William A. Worth, BBO #544086
Joseph L. Edwards, BBO #564288
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge Street 02114
Boston, MA 02109
(617) 456-8000

May 19, 2006