UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS G. GREER,<br>      Plaintiff<br><br>v.<br><br>CITY OF SPRINGFIELD, JEFFREY M.<br>ASHER, JAMES F. KERVICK, JAMES<br>L. SHEWCHUK, JAMES M.<br>MORIARTY, JOE DOES Nos. 1-4,<br>JOHN DOE, No. 5, and PAULA<br>MEARA, CHIEF OF POLICE,<br>      Defendants | Civil Action No. 05-30001-MAP |

FURTHER SCHEDULING ORDER
May 26, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS Plaintiff's motion to enlarge (Document No. 22) and revises the schedule as follows:

1. Non-expert depositions shall be completed by August 4, 2006.

2. Counsel shall appear for a case management conference on August 21, 2006, at 10:00 a.m. in Courtroom Three. The June 14, 2006 conference is hereby cancelled.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

                                                /s/ Kenneth P. Neiman
                                                KENNETH P. NEIMAN
                                                U.S. Magistrate Judge