# United States District Court
# District of Massachusetts

**DOUGLAS C.GREER,**
                              PLAINTIFF,


                    v.                          CIVIL ACTION NO.  05-30001-MAP


**CITY OF SPRINGFIELD, JEFFREY M.**
**ASHER, JAMES F KERVICK, JAMES L.**
**SHEWCHUCK, JAMES M. MORIARTY,**
**JOHN DOES Nos. 1-4, JOHN DOE, No. *5*,**
**and PAULA MEARA, CHIEF OF POLICE,**
                              DEFENDANTS.

---

## PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME FOR DISCOVERY

---

Now comes the Plaintiff, Douglas C. Greer, and moves this Honorable court to extend time to conduct discovery  for forty-five (45) days from August 4, 2006 up to and including September 18, 2006.

As grounds therefore, the Plaintiff states that counsel for Plaintiff, Joseph L. Edwards, suddenly and unexpectedly lost his mother on July 24, 2006.  Due to this unfortunate event, the following scheduled depositions will have to be rescheduled:

| | |
|---|---|
| July 24, 2006: | Keeper of Records deposition American Medical Response |
| July 27, 2006: | Deposition of James Kervick |
| July 28, 2006: | Deposition of Paula Meara |
| August 1, 2006: | Deposition of Douglas Greer |
| August 2, 2006: | Deposition of Jeffrey Asher |
| August 4, 2006: | Deposition of Kathryn P. O'Connor |

In addition, the parties actively engaged in attempts to settle this matter and  are in the process of selecting a mediator.

53271

WHEREFORE the Plaintiff requests an extension on the time for discovery through September 18, 2006.


This motion has been assented to by all counsel.


**THE PLAINTIFF**
**DOUGLAS C. GREER**
By his Attorney


/s/ Joseph L. Edwards, Jr., Esq.
Joseph L Edwards, Jr., Esq.
Prince, Lobel, Glovsky & Tye LLP
100 Cambridge St., Suite 2200
Boston, MA  02114
Telephone  617-456-8000
Telefax      617-456-8100
BBO # 564228


| | |
|---|---|
| **ASSENTED TO BY** | **ASSENTED TO BY** |
| **THE DEFENDANTS** | **THE DEFENDANTS** |
| **CITY OF SPRINGFIELD** | **JEFFREY M. ASHER,** |
| **And PAULA MEARA** | **JAMES F KERVICK,** |
| By their Attorney | **JAMES L.  SHEWCHUCK,** |
| | **JAMES M. MORIARTY,** |
| | By their Attorney |
| | |
| /s/ Michael M. Mulcahy, Esq. | |
| Michael M. Mulcahy, Esq. | /s/ Kevin Coyle, Esq. |
| City of Springfield Law Department | Kevin Coyle, Esq. |
| 36 Court Street, Room 210 | Coyle, Dunbar, Geoffrion & Ward |
| Springfield, MA  01103 | 935 Main Street |
| Telephone  413-787-6085 | Springfield, MA  01103 |
| Telefax,     413-787-6173 | Telephone  413-787-1524 |
| BBO # 561824 | Telefax      413-787-1703 |
| | BBO # 103540 |


Dated:  July 26, 2006