UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DOUGLAS G. GREER,<br>    Plaintiff<br><br>  v.<br><br>CITY OF SPRINGFIELD, JEFFREY M.<br>ASHER, JAMES F. KERVICK, JAMES<br>L. SHEWCHUCK, JAMES M.<br>MORIARTY, JOE DOES Nos. 1-4,<br>JOHN DOE, No. 5, and PAULA<br>MEARA, CHIEF OF POLICE,<br>    Defendants | Civil Action No. 05-30001-MAP |

FURTHER SCHEDULING ORDER
August 1, 2006

NEIMAN, U.S.M.J.

The court hereby ALLOWS Plaintiff's assented-to motion to enlarge (Document No. 24) and revises the schedule as follows:

1. Non-expert depositions shall be completed by September 18, 2006.

2. Counsel shall appear for a case management conference on September 27, 2006, at 10:00 a.m. in Courtroom Three.

THERE SHALL BE NO FURTHER EXTENSIONS.

IT IS SO ORDERED.

             /s/ Kenneth P. Neiman
             KENNETH P. NEIMAN
             U.S. Magistrate Judge