# United States District Court
# District of Massachusetts

| | |
|---|---|
| **DOUGLAS C. GREER,**<br>        PLAINTIFF,<br><br>v.<br><br><br>**CITY OF SPRINGFIELD, JEFFREY M. ASHER, JAMES F KERVICK, JAMES L. SHEWCHUCK, JAMES M. MORIARTY, JOHN DOES Nos. 1-4, JOHN DOE, No. 5, and PAULA MEARA, CHIEF OF POLICE,**<br><br>        DEFENDANTS. | **CIVIL ACTION NO. 05-30001-MAP** |

**MOTION TO BIFURCATE
BY
DEFENDANTS CITY OF SPRINGFIELD, JEFFREY M. ASHER, JAMES F KERVICK, JAMES L. SHEWCHUCK, JAMES M. MORIARTY, JOHN DOES Nos. 1-4, JOHN DOE, No. 5, and PAULA MEARA, CHIEF OF POLICE, AND TO STAY MONELL DICOVERY**

Now come the **DEFENDANTS CITY OF SPRINGFIELD, JEFFREY M. ASHER, JAMES F KERVICK, JAMES L. SHEWCHUCK, JAMES M. MORIARTY, JOHN DOES Nos. 1-4, JOHN DOE, No. 5, and PAULA MEARA, CHIEF OF POLICE, AND TO STAY MONELL DICOVERY**, pursuant to Fed. R. Civ. P. 42, who hereby moves this Court to enter an Order bifurcating the *Monell v. Department of Social Services of the City of New York*, 436 U.S. 658 (1978) claim set forth in Counts III and IV against the City of Springfield and Paula

50658

Meara from the claims against the individual Defendant officers.[1]

Further, discovery pertaining to the *Monell* claim against the City of Springfield, should be stayed until after the trial against the individual officers is concluded. Bifurcation is appropriate in this case to prevent the introduction of prejudicial evidence which may taint the case of one of the parties and is in the interests of judicial economy. In support thereof, the Defendant relies on the attached memorandum.

                              THE DEFENDANTS,
CITY OF SPRINGFIELD, JEFFREY M. ASHER, JAMES F KERVICK, JAMES L. SHEWCHUCK, JAMES M. MORIARTY, JOHN DOES Nos. 1-4, JOHN DOE, No. 5, and PAULA MEARA, CHIEF OF POLICE,

By,_____
Michael E. Mulcahy, Esq.
Associate City Solicitor
BBO# 561824
City of Springfield Law Department
36 Court Street
Springfield, MA 01103
(413) 787-6085
Fax: (413) 787-6173

---

[1] The complaint alleges in the other counts: excessive force, malicious prosecution, assault and battery, conspiracy to violate civil rights, abuse of process, conspiracy to deprive plaintiff of rights and privileges guaranteed under the constitutions of the United States Constitution and Massachusetts Constitutions, and reckless and/or intentional infliction of emotional distress.

50658

**CERTIFICATE OF SERVICE**

    Prince,Lobel, Glovsky & Tye LLP
    585 Commercial Street
    Boston, MA 02109


    I, Michael E. Mulcahy, hereby certify that I caused the within document, to be served this date by serving electronically or mailing a copy, via first class mail, postage prepaid to the above referenced people on this date.

Date: August 29, 2006

    By,_____
    Michael E. Mulcahy, Esq.

50658