UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOUGLAS C. GREER,            )
        Plaintiff    )
                     )
v.                           )   Civil Action No. 05-30001-MAP
                     )
                     )
CITY OF SPRINGFIELD, JEFFREY M. )
ASHER, JAMES F. KERVICK,     )
JAMES L. SHEWCHUCK,          )
JAMES M. MORIARTY, JOHN DOE  )
No. 5, and PAULA MEARA, CHIEF OF )
POLICE,                      )
        Defendants   )

SCHEDULING ORDER
September 27, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference this day:

1. All remaining non-expert discovery shall be completed by October 20, 2006.

2. By December 29, 2006, the parties shall report to the court in writing whether they have settled the case via mediation.

3. Counsel shall appear for a case management conference on January 18, 2007, at 2:30 p.m. in Courtroom One before District Judge Michael A. Ponsor, at which time the court will also address Defendants' Second Motion to Bifurcate (Document No. 29).

IT IS SO ORDERED.

DATED:   September 27, 2006

                                                                             /s/ Kenneth P. Neiman  
                                                                             KENNETH P. NEIMAN  
                                                                             Chief Magistrate Judge