UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOUGLAS C. GREER,            )
       Plaintiff            )
                            )
       v.                   ) C.A. 05-30001-MAP
                            )
CITY OF SPRINGFIELD, ET AL,  )
       Defendants           )

SCHEDULING ORDER

January 19, 2007

PONSOR, D.J.

    Counsel appeared for a case management conference and hearing on Defendants' Motion to Bifurcate on January 18, 2007. At that time, the court denied Defendants' motion. Based on counsel's representations, the court orders as follows:

    1. Plaintiff's motion to compel any remaining non-expert discovery will be filed by February 9, 2007.

    2. Defendants' opposition to the motion will be filed by March 2, 2007.

    3. On or before May 16, 2007, Plaintiff will convey to Defendants a report as required by Fed. R. Civ. P. 26(a)(2) regarding any expert whose testimony will be offered at trial.

    4. Defendants may take Plaintiff's expert's depositions on or before June 30, 2007.

    5. Defendants' Rule 26(a)(2) reports will be conveyed to Plaintiff no later than August 31, 2007.

    6. Plaintiff may complete the depositions of Defendants' experts by October 17, 2007.

    7. Counsel will appear again for a final pretrial conference on October 31, 2007 at 2:00 p.m. At least five (5) days prior to the conference, counsel will

file final pretrial memoranda in accordance with the attached order.  <u>Please note:</u> failure to file a final pretrial memorandum as ordered may result in default or dismissal.

It is So Ordered.

                        <u>/s/ Michael A. Ponsor</u>
                        MICHAEL A. PONSOR
                        United States District Judge