# United States District Court
# District of Massachusetts

| | |
|---|---|
| DOUGLAS C. GREER,<br>   PLAINTIFF,<br><br>v.<br><br>CITY OF SPRINGFIELD, JEFFREY M. ASHER, JAMES F KERVICK, JAMES L. SHEWCHUCK, JAMES M. MORIARTY, JOHN DOES Nos. 1-4, JOHN DOE, No. 5, and PAULA MEARA, CHIEF OF POLICE,<br>   DEFENDANTS. | CIVIL ACTION NO. 05-30001-MAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties, and pursuant to Rule 41 (a) (1) (ii) of the Federal Rules of Civil Procedure, hereby agree and stipulate that, the parties in this case have agreed that all claims that have been or could have been asserted in this action are dismissed, with prejudice, without costs, and with each party bearing its own attorney's fees and with all rights of appeal waived.

Dated:

: 55762                                                                 1

| | |
|---|---|
| THE PLAINTIFF,<br>DOUGLAS C. GREER<br>By his attorney | THE DEFENDANTS,<br>CITY OF SPRINGFIELD AND<br>PAULA MEARA<br>By their attorney |
| */s/ Joseph L. Edwards Jr.*<br>Walter B. Prince, Esq. BBo # 406640<br>William A. Worth, BBO #544086<br>Joseph L. Edwards, BBO #564288<br>Prince, Lobel, Glovsky & Tye LLP<br>585 Commercial Street<br>Boston, MA 02109<br>Phone 617-456-8000 | */s/*<br>Edward M. Pikula, Esq. BBO # 399770<br>Michael E. Mulcahy, Esq. BBO # 561824<br>City of Springfield<br>Law Department<br>36 Court Street, Room 210<br>Springfield, MA 01103<br>Phone 413-787-6085 |

THE DEFENDANTS,
JEFFFREY M. ASHER
JAMES F. KERVICK,
JAMES L. SHEWCHUCK,
JAMES M. MORIARTY
By their attorney

*/s/ Kevin Coyle by MEM*
Kevin Coyle, Esq. BBO # 103540
Coyle, Dunbar, Geoffrion & Ward
935 Main Street
Springfield, MA 01103
Phone 413-787-1524